UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WAQAR MIAN et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>NAVEED MAFOOZ et al.,<br>                          Defendants. | Case No. 21-12572<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 19), DISMISSING CORPORATE PLAINTIFFS, AND DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS (ECF NO. 17)**

Plaintiff Waqar Mian filed this *pro se* complaint on December 1, 2020. ECF No. 1. Also listed as plaintiffs are Tricity Laboratory LLC and Prime PO. LLC. Plaintiffs are proceeding *in forma pauperis*. ECF No. 4. This case was referred to the magistrate judge for all pretrial matters pursuant to 28 U.S.C. § 636(b). ECF No. 18. On March 21, 2022, the defendants filed a motion to dismiss. ECF No. 17. To date, Plaintiff has not filed a response brief.

On May 24, 2022, the assigned magistrate judge issued a Report and Recommendation ("R&R"). ECF No. 19. The R&R recommends that the Court dismiss the corporate Plaintiffs without prejudice and deny

Defendants' motion to dismiss (ECF No. 17) as moot. ECF No. 23. No party has filed an objection to the R&R.

The Court has reviewed the record and **ADOPTS** the R&R as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Plaintiffs Tricity Laboratory LLC and Prime PO. LLC are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 17) is **DENIED.**

Dated: June 13, 2022

<u>s/Shalina D. Kumar</u>
SHALINA D. KUMAR
United States District Judge