UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WAQAR Q. MIAN,<br><br>                  Plaintiff,<br><br>v.<br><br>NAVEED MAFOOZ et al.,<br>                  Defendants. | Case No. 21-12572<br>Honorable Shalina D. Kumar<br>Magistrate Judge Curtis Ivy, Jr. |

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 23) AND DISMISSING CASE**

Plaintiff Waqar Q. Mian filed this complaint *pro se* on November 1, 2021. ECF No. 1. This case was referred to the magistrate judge for all pretrial matters pursuant to 28 U.S.C. § 636(b). ECF No. 18.

Defendants moved to dismiss the complaint on March 21, 2022. ECF No. 17. The magistrate judge issued a Report and Recommendation (R&R) that the corporate plaintiffs be dismissed, that Mian's complaint be dismissed without prejudice, and that defendants' motion to dismiss be terminated as moot. ECF No. 19. The magistrate judge further recommended that Mian be given twenty-one days from the entry of the order to file an amended complaint. *Id.* This Court adopted the R&R on June 13, 2022. ECF No. 20.

Mian failed to file an amended complaint within the allotted twenty-one days. The magistrate judge issued an order to show cause why this case should not be dismissed, to which Mian did not respond. ECF No. 22. Accordingly, the magistrate judge issued an R&R recommending this case be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). ECF No. 23.

No party has filed an objection to the R&R. The failure to object to conclusions in the magistrate judge's report releases the Court from its duty to independently review those issues. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

The Court has reviewed the record and **ADOPTS** the R&R as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED.**

Dated: October 13, 2022

s/Shalina D. Kumar  
SHALINA D. KUMAR  
United States District Judge